

**ORDERED in the Southern District of Florida on October 21, 2016.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:

INTERNATIONAL OIL TRADING              Case No. 15-21596-EPK
COMPANY, LLC

    Alleged Debtor.                                    Involuntary Chapter 7
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court for hearing on October 19, 2016 at 9:30 a.m. on International Oil Trading Company, LLC ("Debtor"), Mohammad Al-Saleh ("Al-Saleh"), and ABN Amro Bank ("ABN Amro")'s Joint Motion to Dismiss (ECF No. 388) (the "Dismissal Motion"). The Chapter 7 Trustee filed a limited objection (ECF No. 393) to the Dismissal Motion. A creditor, Supreme Fuels Trading FZE ("Supreme Fuels"), also filed an objection. (ECF No. 399). The Court having considered the Dismissal Motion, and all supporting and opposition papers, and having heard argument of counsel for the Debtor, Al-Saleh, ABN Amro, the Trustee, and Supreme Fuels, and for the reasons stated in detail on the record, it is –

**ORDERED** as follows:

1.      The Dismissal Motion is GRANTED. This case is dismissed pursuant to 11 U.S.C. § 305(a) (1). All objections to the Dismissal Motion are OVERRULED.

2.      The Trustee is hereby discharged. In light of the dismissal, and because the Trustee has not administered or disbursed any funds, no Trustee's Final Report shall be required.

3.      Any actions or proceedings removed to federal court on the basis of their relation to this bankruptcy case are subject to remand.

4.      The Debtor's Motion to Convert Case to Chapter 11 (ECF No. 236) and any other pending motions are denied as moot.

5.      Upon dissolution of the Order on Temporary Injunction in the case of *Al-Saleh v. Sargeant, et al.*, Cause No. 2014 DCV-5860-G in the 319th Judicial District Court of Nueces County, Texas, and release of the funds frozen thereby, BTB Refining, LLC shall deposit $500,000.00 in the trust account of Kozyak Tropin & Throckmorton, LLP, as a reserve for payment of administrative expenses in this case. The Court finds this amount to be an adequate reserve, and all allowed administrative expenses shall be paid from the reserve.

6.      Any person claiming entitlement to payment of an administrative expense shall file an application for same on or before November 4, 2016.

7.      This Court reserves jurisdiction to determine any applications for payment of administrative expenses and any objections thereto.

###

**ORDER SUBMITTED BY:**
Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmorton, LLP
Counsel for International Oil Trading Company, LLC
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: cwt@kttlaw.com

**COPIES FURNISHED TO:**
Charles W. Throckmorton, Esq.
[Attorney Throckmorton is directed to serve copies of this order on all interested parties and to file a certificate of service]

3