**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

In re:

INTERNATIONAL OIL TRADING COMPANY, LLC

    Debtor.

_____/

MOHAMMAD ANWAR FARID AL-SALEH,

    Plaintiff/Judgment Creditor,

vs.

HARRY SARGEANT III, MUSTAFA ABU-NABA'A, INTERNATIONAL OIL TRADING COMPANY, LLC, BTB REFINING, LLC, and SARGEANT MARINE, LTD.,
*Defendants/Judgment Debtors*.

_____/

Case No. 15-21596-BKC-EPK

Chapter 7

Adv. No. 16-2020-DRJ

## [PROPOSED] AGREED ORDER REMANDING PROCEEDING

On October 24, 2016, the United States Bankruptcy Court for the Southern District of Florida (Judge Erik Kimball), granted the motion of International Oil Trading Company, LLC to dismiss the bankruptcy case that was the basis for removal of this proceeding, and accordingly, it is –

**ORDERED** that this proceeding is remanded to the 319th Judicial District Court of Nueces County, Texas, pursuant to 28 U.S.C. § 1452(b), and this proceeding is dismissed.

### ###

**ORDER SUBMITTED BY:**

Mr. David W. Parham, Esq.
AKERMAN, LLP
*General Counsel for the Trustee*
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
david.parham@akerman.com

**COPIES FURNISHED TO:**

Mr. David W. Parham, Esq.

[Attorney Parham is directed to serve copies of this order on all interested parties and to file a certificate of service]